UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: | CASE NO. 22-20789 |
| SHARON MATHIS McGILL | CHAPTER 13 |
| Debtor | |
| | NOVEMBER 18, 2022 |

NOTICE OF PARTY IN INTEREST STATUS,
APPEARANCE OF AND REPRESENTATION BY COUNSEL,
AND DEMAND FOR SERVICE OF PAPERS

Please take notice that the undersigned is counsel for No. 2 Fraser Place Condominium Association, Inc., a party in interest in the above-captioned case. Pursuant to Bankruptcy Rules 2002 and 9007, No. 2 Fraser Place Condominium Association, Inc. demands that all notices given or required to be given in this case, and all papers served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

Please take further notice that the foregoing demand includes not only notices and papers referred to in the bankruptcy rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand-delivery,

telephone, telegraph, telex, fax, email or otherwise which affects Sharon Mathis McGill.

                              Houston Putnam Lowry, Esq.
                              Ford & Paulekas, LLP
                              280 Trumbull Street – Suite 2200
                              Hartford, CT 06103
                              Direct: (860) 808-4213
                              Fax: (860) 249-7500
                              Email: PTL@HPLowry.com
                              Federal Bar # CT05955

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 18th day of November, 2022 to:

Sharon Mathis McGill (debtor)
3 Salisbury Street
Hartford, CT 06112-1145

Michael J. Habib, Esq. (debtor's counsel)
Willcutts & Habib, LLC
100 Pearl Street, Ste. Flr. 14
Hartford, CT 06103-4500

Roberta Napolitano, Trustee
10 Columbus Boulevard
6th Floor
Hartford, CT 06106

Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

```
Synchrony Bank (creditor)
CareCredit - Last four digits of account: 1473
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
```

_____
Houston Putnam Lowry, Esq.

- 3 -

g:\2378 no. 2 fraser place condominium association, inc\002 mathis foreclosure ejectment\chapter 13 bankrupty\chapter 13 - appearance of hpl.doc